**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Major Cartrell Jones
Camp D Eagle 1 DOC No. 502595
Louisiana State Prison
Angola La 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 19, 2018

**REHEARING ACTION: December 19, 2018**

**Docket Number: 18   00138-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MAJOR CARTRELL JONES**

**Appealed from Sabine Parish Case No. 75788**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Major Cartrell Jones** has this day been

> **DENIED.**

cc: Hon. Don M. Burkett, Counsel for the Appellee